**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 99-20556
con. w/ No. 99-20808

KATHERINE S. YOUNGBLOOD, Individually and on behalf
of Youngblood & Associates PLLC, formerly known
as Youngblood & White PLLC,

Plaintiff-Appellant,

VERSUS

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; MARY J. MILLER,

Defendants-Appellees.

Appeals from the United States District Court
for the Southern District of Texas
(H-98-CV-1794)

September 13, 2000

Before WOOD[*], DAVIS and BARKSDALE, Circuit Judges.

PER CURIAM:[**]

---

[*]Harlington Wood, Jr., Circuit Judge of the Seventh Circuit,
sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

After reviewing the record, considering the briefs of the parties and argument of counsel and, with the single exception described below, we are persuaded that the district court committed no error.

The parties agree that the record reflects that the costs incurred by appellees were $27,645.77 instead of $30,000. The judgment of the district court is MODIFIED to award appellee the sum of $27,645.77 in costs instead of $30,000 awarded by the district court. The judgment of the district court is in all other respects affirmed.

AFFIRMED AS MODIFIED.